

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00875-CV

**IN RE D.J.J.** and R.Z.B., Children

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 16-10-00272-CVK
Honorable Melissa Uram-Degerolami, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

Delivered and Filed: January 2, 2019

DISMISSED

On December 3, 2018, we issued an order notifying appellant that the notice of appeal appeared untimely because it was filed over six months after the trial court signed the appealed judgment. We ordered appellant to file a response by December 13, 2018, showing why this appeal should not be dismissed for lack of jurisdiction. We notified appellant that if a satisfactory response was not timely filed, this appeal would be dismissed. Appellant has not filed a response to our December 3, 2018 order. This appeal is therefore dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM